IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRADLEY BARLOW,** : | |
|     **Plaintiff** : | |
| : | No. 1:20-cv-02459 |
|     **v.** : | |
| : | (Judge Kane) |
| **SERVICE EMPLOYEES** : | |
| **INTERNATIONAL UNION, LOCAL** : | |
| **668, et al.,** : | |
|     **Defendants** : | |

# ORDER

**AND NOW**, on this 12th day of October 2021, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The motions to dismiss and for judgment on the pleadings filed by Defendant Service Employees International Union, Local 668 (Doc. No. 29) and Defendants Michael Newsome and Brian T. Lyman (Doc. No. 34) are **GRANTED**;

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania